
FILED
IN OPEN COURT

FEB 11 2020

CLERK U.S. DISTRICT COURT
Newport News

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 4:20-cr-9 |
| | ) |
| v. | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| PAUL ERIC SHERROD PARHAM, | ) Felon in Possession of Firearm |
| | ) |
| Defendant. | ) |
| | ) 18 U.S.C. § 924(d); 28 U.S.C. § 2461 |
| | ) Criminal Forfeiture |

## INDICTMENT

FEBRUARY 2020 TERM - at Newport News, Virginia

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(Felon in Possession of a Firearm)

On or about September 18, 2019, in the Eastern District of Virginia, the defendant, PAUL ERIC SHERROD PARHAM, having knowingly been convicted of a felony crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate and foreign commerce, a firearm, to wit: an SCCY CPX-1 9mm semiautomatic handgun, which had been shipped and transported in interstate commerce.

(In violation of Title 18 United States Code, Sections 922(g)(1) and 924(a)(2)).

### FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of the violation alleged in this indictment, shall forfeit to the

United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2, any firearm or ammunition involved in or used in the violation.

2. If any property that is subject to forfeiture above, as a result of any act or omission of the defendant, (a) cannot be located upon the exercise of due diligence, (b) has been transferred to, sold to, or deposited with a third party, (c) has been placed beyond the jurisdiction of the Court, (d) has been substantially diminished in value, or (e) has been commingled with other property that cannot be divided without difficulty, it is the intention of the United States to seek forfeiture of any other property of the defendant, as subject to forfeiture under Title 21, United States Code, Section 853(p).

(In accordance with Title 18, United States Code, Sections 924(d)(1); and Title 28, United States Code, Section 2461(c)).

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

*United States v. Paul Eric Sherrod Parham*
Criminal No. 4:20-cr-__9__

A TRUE BILL:

REDACTED COPY

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Peter Osyf
Assistant United States Attorney
United States Attorneys' Office
721 Lakefront Commons, Suite 300
Newport News, Virginia 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
Peter.Osyf@usdoj.gov